## Case No. 8,433.

### LLOYD v. LUND.

[Cited in Addison v. Duckett. Case No. 77. Nowhere reported; opinion not now accessible.]